AO 245D     (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **cCALIFORNIA**

FILED
10 MAY 17 PM 4:06

UNITED STATES OF AMERICA
v.
MARINO CANETE-RAMIREZ

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
(For Offenses Committed On or After November 1, 1987)   DEPUTY

Case Number: 08CR2335-BTM

KAREN STEVENS
Defendant's Attorney

**REGISTRATION No.**    58242198

X    admitted guilt to violation of allegation(s) No.    one and two

     was found in violation of allegation(s) No.    after denial of guilt.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Committed law violation |
| 2 | Illegal entry into United States |

Supervised Release is revoked and the defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

     IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

May 14, 2010
Date of Imposition of Sentence

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

Entered Date:

AO 245B     (Rev. 9/00) Judgment in Criminal Case
             Sheet 2 — Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:     MARINO CANETE-RAMIREZ
CASE NUMBER:     08CR2335-BTM

## IMPRISONMENT

x     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FOUR (4) MONTHS consecutive to the sentence imposed in SDCA 10CR0288-GT

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

☐     The court recommends to the Bureau of Prisons:

☐     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

       ☐    at _____ ☐ a.m. ☐ p.m. on _____ .

       ☐    as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       ☐    before 2 p.m. on _____ .

       ☐    as notified by the United States Marshal.

       ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL